JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   -v-

DORIS PICHARDO-HERNANDEZ,

           Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr.

**07 CRIM 1040**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 14 2007

## COUNT ONE

The Grand Jury charges:

1.   From at least in or about June 2006 up to and including at least in or about June 2007, in the Southern District of New York and elsewhere, DORIS PICHARDO-HERNANDEZ, the defendant, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate and agree together and with each other to violate Title 18, United States Code, Section 1956(a)(1)(B)(i).

2.   It was a part and an object of the conspiracy that DORIS PICHARDO-HERNANDEZ, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, the transfer and delivery of a large amount of cash, represented the proceeds of some form of unlawful activity, unlawfully, willfully and knowingly would and did conduct and attempt to conduct such financial transactions

which in fact involved the proceeds of specified unlawful activity, to wit, the proceeds of illegal narcotics transactions, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about March 1, 2007, DORIS PICHARDO-HERNANDEZ, the defendant, received drug proceeds from a co-conspirator not named as defendant herein at her residence in Queens, New York.

    b. On or about June 19, 2007, during a meeting with a cooperating witness at her residence in Queens, New York, PICHARDO-HERNANDEZ agreed to send drug proceeds to the Dominican Republic in exchange for payment.

(Title 18, United States Code, Section 1956(h).)

**FORFEITURE ALLEGATION**

4. As a result of committing the offense alleged in Count One of this Indictment, DORIS PICHARDO-HERNANDEZ, the

defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 982, all property, real and personal, involved in the money laundering offense and all property traceable to such property, including but not limited to a sum of money in United States currency representing the property which was involved in the money laundering offense or is traceable to such property.

<u>Substitute Asset Provision</u>

  a. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  (1) cannot be located upon the exercise of due diligence;

  (2) has been transferred or sold to, or deposited with, a third person;

  (3) has been placed beyond the jurisdiction of the Court;

  (4) has been substantially diminished in value; or

  (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. §

982, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982.)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

**DORIS PICHARDO-HERNANDEZ,**

**Defendant.**

**INDICTMENT**

07 CR ____

(Title 18, United States Code, Section 1956(h).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.