**STEWART L. ORDEN**
*Attorney at Law*
225 Broadway Suite 715
New York, New York 10007
TEL. (212) 406-1200
FAX. (212) 333-3673
e-mail stewartorden@stewartorden.com*
www.stewartorden.com



Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, New York 10007
BY FAX 212-805-7925



RE:   *United States v Doris Pichardo-Hernandez*
      07- cr-1040 (RWS)

Dear Judge Sweet,

      With the consent of the government, this will confirm my prior conversation with your courtroom deputy, that this matter has been adjourned until Tuesday, November 28 at 3:00 PM. The defendant consents to the exclusion of time for the purposes of speedy trial.

Respectfully submitted,

Stewart L. Orden

cc:   Brendan R. McGuire, Esq.
      By Fax 212-637-0128

So ordered
Sweet
U S D J
11.27.07

*Not for service