

**STEWART L. ORDEN**
**ATTORNEY AT LAW**
225 BROADWAY SUITE 715
NEW YORK, NEW YORK 10007
TEL. (212) 406-1200
FAX. (212) 333-3673
E-MAIL STEWARTORDEN@STEWARTORDEN.COM*
WWW.STEWARTORDEN.COM

January 11, 2008

Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, New York 10007
BY FAX (2120 805-7925

Re:   *United States v. Doris Pichardo-Hernandez*
       07 CR 1040 (RWS)

Your Honor,

    This will confirm a conversation with your Courtroom Deputy that, with the consent of the government, this matter has been adjourned until February 14th at 4:30 PM. The defendant consents to the exclusion of time for speedy trial purposes.

                                 Respectfully submitted,

                                 Stewart L. Orden
                                 Attorney for defendant

cc:   Brendan McGuire Esq.
       BY FAX

*So ordered*
*Sweet USDJ*
*1.14.08*

---

* Not for service