

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2008

**Via Fax**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08
```

      Re:    *United States v. Doris Pichardo-Hernandez*
            07 Cr. 1040 (RWS)

Dear Judge Sweet:

      The second pre-trial conference in this case was scheduled for today at 4:30 p.m. After speaking with Your Honor's Deputy Court Clerk, the parties have agreed to adjourn the conference to March 27, 2008, at 4:30 p.m. The Government respectfully requests that time be excluded from today until March 27, 2008 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the defendant to continue to review discovery and to allow the parties to continue plea discussions. I have spoken to defense counsel, Stewart Orden, Esq., and he has indicated that there is no objection to this request.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                    By:   */s/ BRM*
                          Brendan R. McGuire
                          Assistant United States Attorney
                          212.637.2220

cc:    Stewart Orden, Esq.

*So Ordered*
*Sweet USDJ*
*2-20-08*