3/27/2008 3:12 PM FROM: Stewart L. Orden  TO: 12128057925  PAGE: 002 OF 003

**STEWART L. ORDEN**
*Attorney at Law*
225 Broadway Suite 715
New York, New York 10007
TEL. (212) 406-1200
FAX. (212) 333-3673
e-mail stewartorden@stewartorden.com*
www.stewartorden.com



RECEIVED MAR 27 2008 JUDGE SWEET CHAMBERS

March 27, 2008

Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, New York 10007
BY FAX 212-805-7925

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

RE:   *United States v Doris Pichardo-Hernandez*
      07- cr-1040 (RWS)

So ordered
[signature] SDJ
3.27.08

Dear Judge Sweet:

With the consent of the government, this will confirm my prior conversation with your courtroom deputy, that this matter will be adjourned until the week of April 14th as a control date pending plea negotiations. I would particularly ask that this matter not be placed on the calendar for April 16th at any time, nor April 18th at 2:30 due to scheduling conflicts.

The defendant consents to the exclusion of time for the purposes of speedy trial.

Respectfully submitted,

[signature]

---

* Not for service

3/27/2008 3:12 PM  FROM: Stewart L. Orden  TO: 12128057925  PAGE: 003 OF 003

Stewart L. Orden

cc:   Brendan R. McGuire, Esq.
      By Fax 212-637-0128