UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES                           07 CR. 1040 (RWS)

        v.

DORIS PICHARDO-HERNADEZ

Upon application of the defendant with consent of Pre-Trial Services, the defendant's travel restrictions are modified to permit travel to 114 Union Place, Ritchfield Park, New Jersey 07660, on Saturday May 3, 2008 to attend the birthday celebration for defendant's ill father. AUSA Brendan McGuire has consented to this modification as well.

Dated: New York, N.Y.
       May 2, 2008

                                    [signature] USDJ
                                    Pat I

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08