PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the



SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. DORIS PICHARDO-HERNANDEZ        Docket No. 07 CR 1040

Petition for Action on Conditions of Pretrial Release

COMES NOW LISA CHAN, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant DORIS PICHARDO -HERNANDEZ who was placed under pretrial supervision by the Honorable Magistrate Judge DOUGLAS F. EATON sitting in the Court at the SOUTHERN DISTRICT OF NEW YORK-500 PEARL ST., on September 9, 2007, under the following conditions:

$200,000 personal recognizance bond, to be cosigned by three financially responsible persons, secured by $10,000 cash/property, travel restricted to the Southern and Eastern Districts of New York, surrender all travel documents and no new applications, and strict Pretrial Services supervision.

**Respectfully presenting petition for action of Court and for cause as follows:**

The defendant has been very depressed about the instant offense. Given her state of depression, Pretrial Services requests that her bail be modified to include a mental health evaluation and a condition of mental health treatment. Pretrial Services contacted defense counsel, Stewart Orden and Assistant U.S. Attorney, Brendan McGuire and they do not object to the above request.

**PRAYING THAT THE COURT WILL ORDER THAT** the defendant's bail conditions be modified to include mental health evaluation and treatment.

ORDER OF COURT                                      Respectfully Submitted,

Considered and ordered this  6th  day
of  May  2008 and ordered filed and
made a part of the records in the above case.

_____           _____
U.S. District Judge Robert W. Sweet                Lisa Chan
                                                    U.S. Pretrial Services Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

Place: New York, N.Y.

Date: April 30, 2008