1900

8418HERP

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,

4          v.                              07 Cr. 1040 (RWS)

5  DORIS PICHARDO HERNANDEZ,

6                  Defendant.

7  ------------------------------x

8                                    April 18, 2008
                                     10:35 a.m.
9
   Before:
10
                   HON. DEBRA FREEMAN
11
                                     Magistrate Judge
12
                       APPEARANCES
13
   MICHAEL J. GARCIA
14      United States Attorney for the
        Southern District of New York
15 DAVID LEIBOWITZ
        Assistant United States Attorney
16
   STEWART ORDEN
17      Attorney for Defendant

18
   Also present:  MIRTA HESS, Spanish interpreter
19

RECEIVED MAY 09 2008 JUDGE SWEET CHAMBERS

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5-13-08

The recommendation and the plea are accepted. So ordered.

Sweet
USDJ
5·12·08