6/26/2008 3:49 PM   FROM: Stewart L. Orden   TO: 12128057925   PAGE: 002 OF 002



**STEWART L. ORDEN**
**ATTORNEY AT LAW**
225 BROADWAY SUITE 715
NEW YORK, NEW YORK 10007
TEL. (212) 406-1200
FAX. (212) 333-2073
E-MAIL STEWARTORDEN@STEWARTORDEN.COM*
WWW.STEWARTORDEN.COM

June 26, 2008

Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, New York 10007
BY FAX (212) 805-7925

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08

Re:   *United States v. Doris Pichardo-Hernandez*
      07 CR 1040 (RWS)

Your Honor,

    With the consent of the government, it is respectfully requested that the defendant's travel restrictions be modified to permit travel to Gouldsboro, PA, June 27-29, 2008 to visit Carolina Pichardo, the defendant's sister.

Respectfully submitted,

Stewart L. Orden
Attorney for defendant

cc:   Brendan McGuire Esq.
      BY FAX

* Not for service

So ordered
Sweet
USDJ
6-26-08